# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00194-CV

**State Farm Lloyds as Subrogee of Nils Boyer and Susana Boyer, Appellant**

**v.**

**Deere & Company; JD Equipment, Inc.; M4 Equipment Company, Ltd.;
Fairfield AG & Turf, Ltd.; and The Brown Tractor and Implement Company, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2007-0467A, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant State Farm Lloyds has filed a motion requesting this Court to dismiss the instant appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(1) this Court grants appellant's motion and dismisses the appeal.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   September 26, 2008